

A CERTIFIED TRUE COPY

OCT 2 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

07 CIV 9562 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
FILED
OCT 26 2007
S.D. OF N.Y.

IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY
LITIGATION                                                      MDL No. 1760

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION        MDL No. 1789
    Ella Tristano v. Novartis Pharmaceuticals Corp., et al.,
        D. New Jersey, C.A. No. 2:07-4481

MDL No. 1760 CONDITIONAL TRANSFER ORDER (CTO-50)
WITH SEPARATION, REMAND AND
MDL No. 1789 CONDITIONAL TRANSFER ORDER (CTO-36)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings in MDL No. 1760 pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 268 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings in MDL No. 1789 pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 90 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the action on this conditional transfer order comprises claims relating to: 1) the prescription drugs Aredia and/or Zometa, which involve common questions of fact with the previously transferred MDL No. 1760 actions; and 2) the prescription drug Fosamax, which involve common questions of fact with the previously transferred MDL No. 1789 actions.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 2 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _____
        DEPUTY CLERK

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the MDL No. 1760 order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

The claims in this action relating to Fosamax are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the District of New Jersey.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), the resulting Fosamax action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the MDL No. 1789 order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the offices of: 1) the Clerk of the United States District Court for the Middle District of Tennessee; and 2) the Clerk of the United States District Court for the Southern District of New York . The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

12BR, RULE16

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:07-cv-04481-SRC-MAS

| | |
|---|---|
| TRISTANO v. NOVARTIS PHARMACEUTICALS CORPORATION et al | Date Filed: 09/17/2007 |
| | Jury Demand: Both |
| Assigned to: Judge Stanley R. Chesler | Nature of Suit: 365 Personal Inj. |
| Referred to: Magistrate Judge Michael A. Shipp | Prod. Liability |
| Cause: 28:1441 Petition for Removal- Product Liability | Jurisdiction: Federal Question |

**Plaintiff**

| | |
|---|---|
| **ELLA TRISTANO**<br>*Individually, and On Behalf Of All Others Similarly Situated* | represented by **WARD S. TAGGART**<br>MEREDITH, CHASE & TAGGART, LLC<br>109 SOUTH WARREN STREET<br>TRENTON, NJ 08608<br>(609) 599-9587<br>Email: ward@mctlawyer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION** | represented by **ETHAN D. STEIN**<br>GIBBONS, PC<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310<br>(973) 596-4500<br>Email: estein@gibbonslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **MERCK & CO., INC.** | represented by **BART ALAN WHITLEY**<br>HUGHES, HUBBARD & REED, LLP<br>101 HUDSON STREET<br>SUITE 3601 |



JERSEY CITY, NJ 07302-3908
(201) 536-9220
Email:
whitley@hugheshubbard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2007 | 1 | NOTICE OF REMOVAL by NOVARTIS PHARMACEUTICALS CORPORATION from NJ SUPERIOR COURT MIDDLESEX COUNTY, case number L-6604-07. ( Filing fee $ 350 receipt number 1652886) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Corporate Disclosure Statement# 7 Civil Cover Sheet)(ld, ) (Entered: 09/19/2007) |
| 09/20/2007 | 2 | ANSWER to Complaint by NOVARTIS PHARMACEUTICALS CORPORATION.(STEIN, ETHAN) (Entered: 09/20/2007) |
| 09/20/2007 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to Merck & Co., Inc... (WHITLEY, BART) (Entered: 09/20/2007) |
| 09/20/2007 | | Clerk's extension granted (doc #3)Update Answer Due Deadline as to deft Merck & Co. until 10/09/07 (sr, ) (Entered: 09/20/2007) |
| 10/05/2007 | 4 | LETTER ORDER setting an In Person Initial Scheduling Conference for 11/19/2007 02:00 PM before Magistrate Judge Claire C. Cecchi. JOINT DISCOVERY PLAN MUST BE SUBMITTED PRIOR TO THE CONFERENCE. Signed by Judge Claire C. Cecchi on 10/5/07. (nc, ) (Entered: 10/05/2007) |
| 10/05/2007 | 5 | STIPULATION *and Application for Order Extending Time to Answer, Move or Otherwise Reply* by MERCK & CO., INC.. (WHITLEY, BART) (Entered: 10/05/2007) |
| 10/10/2007 | 6 | STIPULATION/ORDER extending time for deft Merck & Co. to answer complt. until 12/08/07. Signed by Judge Claire C. Cecchi on 10/09/07. (sr, ) (Entered: 10/10/2007) |
| 10/10/2007 | | Update Answer Due Deadline as to deft Merck & Co. until 12/08/07 (sr, ) (Entered: 10/10/2007) |
| 10/29/2007 | | Judge Michael A. Shipp added. Judge Claire C. Cecchi no longer assigned to case. (jgb) (Entered: 10/29/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/30/2007 09:13:29 | | | |
| **PACER Login:** | us5070 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-04481-SRC-MAS Start date: 1/1/1970 End date: 10/30/2007 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |