IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | |
| FOSAMAX PRODUCTS LIABILITY ) | |
| LITIGATION ) | Case No. |
| (MDL No. 1789) ) | 1:06-md-01789-JFK-JCF |
| ) | |
| This Document Relates to: ) | |
| **Case No. 1:07-cv-09562-JFK** ) | |
| ELLA TRISTANO v. NOVARTIS ) | |
| PHARMACEUTICALS CORPORATION and ) | |
| MERCK & CO., INC. ) | |

### SUGGESTION OF DEATH

Counsel for plaintiff in the above-referenced action, hereby give notice of the death of plaintiff Ella Tristano. Ella Tristano passed away away at 11:00 pm on September 19, 2007. In accordance with the Case Management Order entered in this case and Rule 25(a) of the Federal Rules of Civil procedure, Robert Mazzucco, the personal representative of Ella Tristano's estate, will be substituted in this action so that Ella Tristano's claims survive and the action on her behalf may proceed.

Dated: New York, New York
       February 1, 2008

                           BEATIE AND OSBORN LLP


                    By:   s/ Russel H. Beatie
                          Russel H. Beatie (RB 4439)
                          Daniel A. Osborn (DO 2809)
                          Philip J. Miller (PM 1149)
                          521 Fifth Avenue, 34th Floor
                          New York, New York  10175
                          Telephone: (212) 888-9000
                          Facsimile: (212) 888-9664

```
THE POWELL LAW FIRM, L.C.
269 South Beverly Drive
Suite 1156
Beverly Hills, CA 90212
Telephone: (888) 238-1998
Facsimile: (310) 388-1570

LAW OFFICES OF JEFFREY C. BOGERT
501 Colorado Boulevard
Suite 208
Santa Monica, CA 90401
Telephone: (310) 395-5025
Facsimile: (310) 395-5071
```

*Attorneys for Plaintiff*
 Ella Tristano

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of February, 2008, a true and correct copy of the foregoing Suggestion of Death filed on Behalf of Plaintiff Ella Tristano, will be served via electronic transmission to on those persons identified as Attorneys to be noticed via the Court's CM/ECF system.

                                       /s/
                                   Russel H. Beatie