CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2008, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

MEREDITH, CHASE & TAGGART, LLC
Ward S. Taggart, Esq.
109 South Warren Street
Trenton, New Jersey 08608

BEATIE AND OSBORN LLP
Daniel A. Osborn
Russel H. Beatie
521 Fifth Avenue, 34th Floor
New York, New York 10175

SPRIGGS & HOLLINGSWORTH
Joe Gregory Hollingsworth
1350 I Street Nw
Washington, DC 20005

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on February 6, 2008

/s/
Julie A. Calidonio